### 82-CP-17-268

S. C. INSURANCE COMPANY, Respondent (Petitioner), v. SOUTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, Earl Gaddy, Johnny Hood, d/b/a Hood's Used Cars, Timmy Lee Lenhart, Linda Branch, Tammy Inman, by her Guardian ad Litem, Brenda Inman, and Sylvia Inman, by her Guardian ad Litem, Brenda Inman, Defendants, of whom, South Carolina Farm Bureau Mutual Insurance Company is, Appellant.

Appeal of SOUTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY.

(328 S. E. (2d) 639)

Supreme Court

*Jack L. Nettles,* Florence, *for S. C. Farm Bureau Mutual Insurance Co.*

Prior report: S. C. App., 327 S. E. (2d) 349.

May 2, 1985.

### ORDER DISMISSING APPEAL

The above entitled cause is pending on appeal in this Court. It now appears that Appellant wishes to withdraw the appeal and moves the Court for an Order dismissing the appeal.

IT IS SO ORDERED that the above captioned appeal be and hereby is dismissed.